Filed 10/24/25  P. v. Lewis CA2/3

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION THREE

| | |
|---|---|
| THE PEOPLE, | B338487 |
| Plaintiff and Respondent, | Los Angeles County |
| v. | Super. Ct. No. XSCTA098877-01 |
| EDDIE DWAYNE LEWIS, | |
| Defendant and Appellant. | |

APPEAL from a judgment of the Superior Court of Los Angeles County, Teresa P. Magno, Judge.  Dismissed as moot.

Leonard J. Klaif, under appointment by the Court of Appeal, for Defendant and Appellant.

Rob Bonta, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Susan Sullivan Pithey, Assistant Attorney General, Scott A. Taryle and Sophia A. Lecky, Deputy Attorneys General, for Plaintiff and Respondent.

——————————

**MEMORANDUM OPINION**[1]

Eddie Dwayne Lewis appealed from the trial court's denial of his request for recall of his sentence and resentencing under Penal Code section 1170, subdivision (d) (section 1170(d)). That statute authorizes juvenile offenders sentenced to life without the possibility of parole to petition for recall and resentencing. Lewis contended his sentence of 35 years to life was the functional equivalent of life without parole and the court's denial of his request violated his equal protection rights.

According to the opinion on direct appeal from his conviction (*People v. Lewis et al.* (Sept. 24, 2012, B226839) [nonpub. opn.]), Lewis and two fellow members of his gang drove into rival gang territory on June 1, 2008. When Laurence Cartright—who was "affiliated" with the rival gang—came out of his apartment, Lewis shot him. Cartright survived.

A jury convicted Lewis of willful, deliberate, premeditated attempted murder and shooting from a motor vehicle. The jury found true an allegation that, in the commission of the crimes, Lewis personally discharged a firearm. The court sentenced Lewis to 35 years to life: 15 to life for the attempted murder plus 20 years for the firearm enhancement.

In 2023, Lewis apparently filed a petition for recall and resentencing under section 1170(d).[2] On May 29, 2024, the

---

[1] We resolve this matter by memorandum opinion, consistent with California Standards of Judicial Administration, section 8.1. (*People v. Garcia* (2002) 97 Cal.App.4th 847.)

[2] The record on appeal does not include a petition, motion, or request. It does contain a "memorandum of points and authorities" filed in November 2023 by Lewis's court-appointed counsel, Randy Short.

trial court denied Lewis's request, concluding a sentence of 35 years to life was not the functional equivalent of a sentence of life without parole.  Lewis appealed.

While this appeal was pending, on July 18, 2025, the trial court granted a petition by the People under Penal Code section 1172.1 to resentence Lewis.  The People and Lewis entered into a stipulation and the court recalled Lewis's sentence and sentenced him to a determinate term of 17 years.  Lewis waived his right to be transferred to a juvenile facility and the court released him on parole.

This court sent counsel a letter inquiring whether—in light of the trial court's July 2025 order—this appeal is moot.  On October 1, 2025, Lewis's counsel submitted a letter summarizing the proceedings and concluding, "[I]t appears that this appeal is moot and should therefore be dismissed."  We have received no disagreement from the Attorney General.

Accordingly, as the parties agree, and Lewis has received from the trial court the relief he sought by this appeal, this appeal is dismissed as moot.

## DISPOSITION

We dismiss Eddie Dwayne Lewis's appeal as moot.

## NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS



EGERTON, J.

We concur:



EDMON, P. J.



ADAMS, J.